IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

**MOSE LEE SUDDUTH, JR.**                                         **PLAINTIFF**

**VS.**                      **CAUSE NO. 1:18-CV-051-SA-DAS**

**LOWNDES COUNTY, MISSISSIPPI; ROGER
COLEMAN; and NORTH ATLANTIC SPECIALTY
COMPANY**                  **DEFENDANTS**

**MOTION TO DISMISS OR GRANT SUMMARY JUDGMENT AS TO
STATE LAW CLAIMS ON IMMUNITY GROUNDS**

**NOW COMES DEFENDANT LOWNDES COUNTY,** by Counsel, respectfully moves this Court to dismiss the instant Complaint with prejudice as to claims arising under state law pursuant to Rule 12(b)(6) or, alternatively Rule 56, *Fed. R. Civ. Proc.*

1) Pursuant to *Scott v. Harris,*[1] the incident between Defendant Coleman and Plaintiff Sudduth is depicted on video.[2] [*To be conventionally filed herewith*]. Sudduth rudely burst past Coleman in civilian clothes brushing off the attempt to secure compliance stating *"I'm a lawyer"* as if special status applied to him. When Coleman insisted on doing his job, it was revealed that Sudduth was carrying a weapon. When Sudduth refused to leave without his weapon, Coleman removed him by force.

2) The Complaint [1] correctly notes that Mr. Coleman is an employee of an independent

---

[1] *Scott v. Harris,* 550 U.S. 372, 380 (2007)("When opposing parties tell two different stories, one of which is blatantly contradicted by the record, so that no reasonable jury could believe it, a court should not adopt that version of the facts for purposes of ruling on the motion for summary judgment.").

[2] Exhibit A - Videos (in sequential order of entrance/exit area and clerk window area, April 13, 2017).

1

contractor. *Id*. at ¶1.   The Complaint alleges no set of facts which would indicate Mr. Coleman was a known threat, nor will that be evident from his professional attempts to secure compliance from Plaintiff Sudduth.   The Complaint alleges intentional torts as to Mr. Coleman. *Id*. at ¶32.

3) There is no genuine issue of material fact subject to dispute which would prevent a finding of immunity and summary judgment under the provisions of the Mississippi Tort Claims Act, *Miss. Code Ann.* §11-46-1, et seq.

4) **BRIEFING**: In accord with *Uniform Local Rule 7(b)*, this Defendant is filing a brief of supporting authorities herewith.

**NOW, THEREFORE,** this Defendant respectfully moves this Court to dismiss the instant Complaint with prejudice as to claims arising under state law pursuant to Rules 12(b)(6) & 56, *Fed. R. Civ. Proc.*

**RESPECTFULLY SUBMITTED** this the 27th day of April, 2018.

                                                **JACKS | GRIFFITH | LUCIANO, P.A.**

By:    /s/ ***Daniel J. Griffith***
          Daniel J. Griffith, MS Bar No. 8366
          Attorney for Defendant Lowndes County

Of Counsel:

**JACKS |GRIFFITH| LUCIANO, P.A.**
150 North Sharpe Street
P. O. Box 1209
Cleveland, MS 38732
Phone No. 662-843-6171
FAX No. 662-843-6176
Email: dgriffith@jlpalaw.com

## **CERTIFICATE OF SERVICE**

      I, Daniel J. Griffith, attorney of record for Defendant Lowndes County, do hereby certify that I have this day caused a true and correct copy of the above and foregoing *MOTION TO DISMISS STATE LAW CLAIMS ON IMMUNITY GROUNDS* to be delivered by the ECF Filing System which gave notice to the following:

> Jeffery M. Navarro
> Attorney at Law
> P. O. Box 162
> Amory, MS 38821
> Phone: 662-256-3706
> Phone: 662-315-7797
> Fax: 662-749-7001
> jeffnavarro53@att.net
> **Attorney for Plaintiff**

      **DATED** this 27th day of April, 2018.

      /s/ ***Daniel J. Griffith***
      Daniel J. Griffith