## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF MISSISSIPPI
## ABERDEEN DIVISION

**MOSE LEE SUDDUTH, JR.**                                                    **PLAINTIFF**

**v.**                              **CIVIL ACTION NO. 1:18-cv-051-SA-DAS**

**LOWNDES COUNTY, MISSISSIPPI;**
**ROGER COLEMAN, and NORTH ATLANTIC**
**SECURITY COMPANY**                                          **DEFENDANTS**

### AGREED ORDER OF DISMISSAL WITH PREJUDICE

This Cause comes upon the *ore tenus* Motion of the Parties for an Dismissal of the above styled and numbered cause with prejudice by reason of settlement, and the Court having considered said Motion and the agreement of the parties, is of the opinion that said Motion is well-taken, and ought to and is hereby sustained.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED, that the Amended Complaint in this action is hereby dismissed with prejudice. Each party shall bear his/its own costs.

**SO ORDERED**, this, the  5th day of November, 2020.

                                                  /s/ Sharion Aycock
                                                  UNITED STATES DISTRIC COURT JUDGE

AGREED TO AS TO BOTH SUBTANCE
& FORM:

/S/ Thomas L. Carpenter by JMN with permission
Thomas L. Carpenter (MSB No. 9808)
CARR ALLISON
1319 26th Avenue
Gulfport, MS 39501
Phone: (228) 864-1060
tcarpenter@carrallison.com

{JX435980.1}

*Attorney for Defendant Roger Coleman*

/S/ Jeffery M. Navarro
Jeffery M. Navarro (MSB No. 3755)
P.O. Box 162
Amory, MS 38821
Phone: (662) 256-3706
Fax: (662) 256-3706
jeffnavarro53@att.net
*Attorney for Plaintiff Mose Lee Sudduth, Jr.*

/S/ Lisa A. Reppeto by JMN with permission
Lisa A. Reppeto (MSB No. 99978)
Amber L. Kipfmiller (MSB No. 105758)
JONES WALKER LLP
190 E. Capitol Street, Ste. 800 (39201)
P.O. Box 427
Jackson, MS 39205-0427
Phone: (601) 949-4900
Fax: (601) 949-4804
lreppeto@joneswalker.com
akipfmiller@joneswalker.com
*Attorneys for North Atlantic Security Company*

/S/ Daniel J. Griffith by JMN with permission
Daniel J. Griffith (MSB No. 8366)
Mary McKay Griffith (MSB No. 100785)
JACKS/GRIFFITH/LUCIANO, P.A.
150 North Sharpe Avenue
P.O. Box 1209
Cleveland, MS 38732
Phone: (662) 843-6171
Fax: (662) 843-6176
dgriffith@jlpalaw.com
mgriffith@jlpalaw.com
*Attorneys for Lowndes County, Mississippi*